162 So.2d 573

**STATE of Louisiana**

v.

**Sam GREEN et al.**

No. 47238.

April 17, 1964.

In re: Sam Green applying for writs of certiorari, mandamus and prohibition.

Writs denied. There are no perfected bills of exception. See La.Code Crim.Proc. Art. 499, LSA–R.S. 15:499; State v. Richardson, 220 La. 338, 56 So.2d 568; State v. McDonald, 218 La. 1918, 48 So.2d 797; State v. Foret, 245 La. 70, 156 So.2d 606; 245 La. 187, 157 So.2d 733. Moreover, there is no error patent on the face of the record.

162 So.2d 574

**Theodore WILLIAMS et al.**

v.

**J. B. LEVERT LAND COMPANY, Inc.**

No. 47197.

April 17, 1964.

In re: Theodore William (Williams) et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 162 So.2d 53.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

162 So.2d 574

**STATE of Louisiana**

v.

**Reven ST. ROMAINE.**

No. 47234.

April 17, 1964.

In re: Reven St. Romaine applying for writs of certiorari, mandamus and prohibition.

Writs refused. We find no error of law in the judgment complained of.

162 So.2d 574

**STATE of Louisiana**

v.

**Sam GREEN et al.**

No. 47239.

April 17, 1964.

In re: Sam Green et al. applying for writs of certiorari, mandamus and prohibition.

Writs denied. There are no perfected bills of exception. See La.Code Crim.Proc. Art. 499, LSA–R.S. 15:499; State v. Richardson, 220 La. 338, 56 So.2d 568; State v. McDonald, 218 La. 198, 48 So.2d 797; State v. Foret, 245 La. 70, 156 So.2d 606; 245 La. 187, 157 So.2d 733. Moreover, there is no error patent on the face of the record.

162 So.2d 574

**STATE of Louisiana**

**v.**

**Sam GREEN et al.**

No. 47240.

April 17, 1964.

In re: Sam Green et al. applying for writs of certiorari, mandamus and prohibition.

Writs denied. There are no perfected bills of exception. See La.Code Crim.Proc. Art. 499, LSA–R.S. 15:499; State v. Richardson, 220 La. 338, 56 So.2d 568; State v. McDonald, 218 La. 198, 48 So.2d 797; State v. Foret, 245 La. 70, 156 So.2d 606; 245 La. 187, 157 So.2d 733. Moreover, there is no error patent on the face of the record.

162 So.2d 574

**STATE of Louisiana ex rel. Irion J. BORDELON, Sr.**

**v.**

**William M. JUSTICE, Clerk of Court, and Olga Pitre Vegas, Ruth A. Pitre and Thelma Pitre Gray.**

No. 47198.

April 17, 1964.

In re: Irion J. Bordelon, Sr. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 160 So.2d 844.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

162 So.2d 575

**Ruth A. PITRE, Olga Pitre Vegas and Thelma Pitre Gray**

**v.**

**Irion J. BORDELON, Sr.**

No. 47199.

April 17, 1964.

In re: Irion J. Bordelon, Sr. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 160 So.2d 844.